IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00684-EWN-MEH

MIA WALTERS,

    Plaintiff,

v.

PAIN CARE ACQUISITION COMPANY X, INC.,
JOHN DIMURO, M.D., and
ROBERT E. WRIGHT, M.D.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2008.**

    Plaintiff's Motion to Amend Complaint and Motion to Extend Service Date as to Plaintiff [sic] DiMuro [filed April 11, 2008; doc #7] is **stricken** for Plaintiff's failure to comply with D.C. Colo. LCivR 7.1A. Accordingly, Plaintiff's First Amended Complaint [filed April 11, 2008; doc #8] is also **stricken**. Counsel is reminded that, pursuant to Fed. R. Civ. P. 15(a)(2), an amended pleading may be filed only with the opposing party's written consent or the court's leave.