IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 08-cv-00684-EWN-MEH | FTR – Courtroom C203 |
| **Date:** June 6, 2008 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| MIA WALTERS, | Julie Moran |
| | Jim Abrams |
| Plaintiff, | |
| v. | |
| PAIN CARE ACQUISITION COMPANY X, INC., | (No appearance) |
| JOHN DEMURO, M.D., and | (No appearance) |
| ROBERT E. WRIGHT, M.D., | Colin Barnacle |
| | Ryan Lessmann |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:**   9:35 a.m.

Court calls case.  Appearances of counsel.

Discussion regarding the status of the case, dispositive motion deadline, service on Defendants Pain Care and DeMuro, and the pending .

**ORDERED:**  Defendant Wright's brief as to whether the hearing on Plaintiff's Motion for Order of Default Judgment as to Defendant Pain Care Acquisition (Doc. #23, filed 5/14/08) should go forward is due on or before **June 13, 2008.**  Plaintiff's Response is due on or before **June 24, 2008.**  Defendant Wright's Reply, if any, is due on or before **June 27, 2008.**

Discussion regarding amending the Complaint and the deadline for Defendant Wright's Answer.  Defendant Wright has no objection to Plaintiff's request to amend the Complaint.

**ORDERED:**   1.   The Unopposed Motion to Stay Deadlines for Completion of Scheduling Order and Scheduling Conference Setting (Doc. #30, filed 6/2/08) is GRANTED in part and DENIED in part.  The Scheduling Conference is RESET to **August 6, 2008, at 9:30 a.m.**  The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L.,

**no later than five (5) business days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in a useable format (i.e., Word or WordPerfect only) by email to Magistrate Judge Hegarty at *Hegarty_Chambers@cod.uscourts.gov*.**

2. Defendant Wright's Answer is due on or before **June 11, 2008.**

**Court in recess:**     9:51 a.m.     (Hearing concluded)
Total time in court:    0:16