IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00684-EWN-MEH

MIA WALTERS,

    Plaintiff,

v.

PAIN CARE ACQUISITION COMPANY X, INC.,
JOHN DIMURO, M.D., and
ROBERT E. WRIGHT, M.D.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 16, 2008.**

    Plaintiff's Unopposed Motion to Amend Complaint and to Permit Joinder of Defendant [Filed June 13, 2008; Docket #36] is **granted**. Plaintiff's Amended Complaint is to be filed on or before June 20, 2008.