IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00684-EWN-MEH

MIA WALTERS,

    Plaintiff,

v.

PAIN CARE ACQUISITION COMPANY X, INC.,
JOHN DIMURO, M.D., and
ROBERT E. WRIGHT, M.D.,

    Defendants.

# ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Pending before the Court is Defendant Wright's Motion to Stay Evidentiary Hearing on Damages [filed June 13, 2008; doc #38]. Plaintiff notified the Court on June 24, 2008 that she takes no position on the motion. The motion has been referred to this Court for disposition [doc #39]. For the reasons stated herein, the motion is **granted in part and denied in part**.

This case originated upon Defendant's removal of the matter from Denver District Court on April 3, 2008. Defendant Wright immediately thereafter filed an Answer and Motion to Dismiss. The next day, Plaintiff filed a Motion to Amend Complaint, but it was stricken for Plaintiff's failure to comply with D.C. Colo. LCivR 7.1A. When Defendant Pain Care Acquisition Company X, Inc. ("Pain Care Aquisition") failed to file a timely answer or other response to the Complaint on or before May 8, 2008, Plaintiff filed a Motion for Default Judgment against Pain Care on May 14, 2008. The District Court immediately referred the motion to this Court for recommendation as to its disposition. This Court set an evidentiary hearing on the motion for June 11, 2008; however, at the parties' request, the Court rescheduled the hearing for June 30, 2008.

Since that time, the parties requested that the Scheduling Conference set for June 6, 2008 be converted to a status conference, at which the parties informed the Court that they had agreed to dismiss all but one claim against Defendant Wright; however, there was nothing on the docket to reflect such agreement. At the status conference, Plaintiff requested leave to amend the complaint and Defendant Wright had no objection. Thereafter, the parties filed a Stipulation of Dismissal of Certain Claims against Defendant Wright, in which the parties agreed to dismiss four of the five claims keeping only Plaintiff's Seventh Claim for Relief against Wright for Negligent and/or Intentional Infliction of Emotional Distress. The next day, Plaintiff filed an unopposed Motion to Amend Complaint to add a Defendant, Pain Care Holdings, Inc., the parent company of Defendant Pain Care Acquisition. The motion to amend was granted by this Court on June 16, 2008, and Plaintiff was ordered to file her First Amended Complaint on or before June 20, 2008.

However, when she did not file the amended complaint within the specified time, Plaintiff filed a Motion to Accept Late Filing on June 24, 2008; the motion was stricken for failure to comply with D.C. Colo. LCivR 7.1A. At the same time, Plaintiff filed a second Motion to Amend the Complaint to add yet another defendant to the case.

Considering the jumbled procedural history of this case, the current question as to the proper parties, and the fact that a related party to the defaulted party may soon be added and served in this matter, the Court finds that it is necessary and proper to vacate the currently scheduled evidentiary hearing and reschedule the hearing to a later time to allow the parties to litigate whether certain parties are to be joined and served.

Accordingly, Defendant Wright's Motion to Stay Evidentiary Hearing on Damages [filed June 13, 2008; doc #38] is **granted in part and denied in part**. The evidentiary hearing scheduled for June 30, 2008 at 1:30 p.m. is hereby **vacated** and **rescheduled** to Tuesday, **August 19, 2008 at**

**10:00 a.m.** in Room C203 of the Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado. In addition, at the request of the parties, a telephone **Status Conference** is hereby scheduled for **June 30, 2008 at 1:30 p.m.** to discuss the status of this matter, particularly with respect to scheduling issues. Counsel for the parties are directed to conference together and call my Chambers at (303) 844-4507 at the scheduled time.

      Dated this 27th day of June, 2008, in Denver, Colorado.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge