IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00684-EWN-MEH

MIA WALTERS,

    Plaintiff,

v.

PAIN CARE HOLDINGS, INC.,
PAIN CARE ACQUISITION COMPANY X, INC.,
JOHN DIMURO, M.D.,
ROBERT E. WRIGHT, M.D., and
DENVER PAIN MANAGEMENT, P.C.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 14, 2008.**

    Plaintiff's unopposed Motion to Amend Complaint and to Permit Joinder of Defendant [filed June 24, 2008; doc #44] is **granted**. The Second Amended Complaint found at docket #50 is accepted as filed. Defendant Wright may disregard this Court's order of July 10, 2008 [docket #59], as the First Amended Complaint has become moot. Defendants shall file an answer or other response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 12 and other applicable rules.