IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 08-cv-00684-EWN-MEH | FTR – Courtroom C203 |
| **Date:** August 13, 2008 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| MIA WALTERS, | Jim Abrams |
| | Elisa Moran |
| Plaintiff, | |
| v. | |
| PAIN CARE ACQUISITION COMPANY X, INC., | Ryan P. Lessmann |
| d/b/a Denver Pain Management, | |
| ROBERT E. WRIGHT, M.D., | |
| PAIN CARE HOLDINGS, INC., | |
| JOHN DIMURO, M.D., and | |
| DENVER PAIN MANAGEMENT, P.C., | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:** 9:16 a.m.

Court calls case. Appearances of counsel by telephone.

Discussion regarding the status of the case and Plaintiff's Motion for Default Judgment (Doc. #23, filed 5/14/2008).

**ORDERED:** By agreement of counsel, Plaintiff's Motion for Default Judgment (Doc. #23, filed 5/14/2008) is moot.

**Court in recess:** 9:23 a.m. (Hearing concluded)
Total time in court: 0:07