IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00684-EWN-MEH

MIA WALTERS,

      Plaintiff,

v.

PAIN CARE HOLDINGS, INC.,
PAIN CARE ACQUISITION COMPANY X, INC.,
JOHN DIMURO, M.D.,
ROBERT E. WRIGHT, M.D., and
DENVER PAIN MANAGEMENT, P.C.

      Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 29, 2008.**

      The Joint Motion to Vacate Preliminary Pretrial Conference [filed October 28, 2008; doc #91] is **granted**. The Preliminary Pretrial Conference currently scheduled for October 30, 2008 is hereby **vacated**.