IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00684-PAB-MEH

MIA WALTERS,

    Plaintiff,

v.

PAIN CARE HOLDINGS, INC.,
PAIN CARE ACQUISITION COMPANY X, INC., and
JOHN DEMURO, M.D.,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on former defendant Robert E. Wright, M.D.'s Motion to Dismiss [Docket No. 4]. That motion to dismiss became moot when the Court accepted plaintiff's First Amended Complaint for filing on June 27, 2008 [Docket No. 53]. Moreover, the Court lacks jurisdiction over the motion pursuant to the plaintiff's November 3, 2008 stipulation of dismissal dismissing Robert E. Wright, M.D. from this action. Accordingly, it is

    **ORDERED** that the motion to dismiss [Docket No. 4] is DENIED as moot.

    DATED January 5, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge