IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00684-PAB-MEH

MIA WALTERS,

    Plaintiff,

v.

PAIN CARE ACQUISITION COMPANY X, INC.,
PAIN CARE HOLDINGS, INC., and
JOHN DIMURO, M.D.,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal of Defendant John DiMuro, M.D. and Unopposed Motion to Dismiss Pain Care Acquisition Company X, Inc., and Pain Care Holdings, Inc. [Docket No. 117]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. All pending motions are denied as moot.

DATED April 6, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge